1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  ERIN SNIDER, CA SBN #304781
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: (559) 487-5561
   Fax: (559) 487-5950
5
   Attorney for Defendant
6  FERNANDO TAPIA-GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 6:15-mj-00081-MJS |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
|  | ) | CONFERENCE TO MAY 4, 2016;  ORDER |
| vs. | ) |  |
|  | ) | DATE:     May 4, 2016 |
| FERNANDO TAPIA-GARCIA, | ) | TIME:     10:00 a.m. |
|  | ) | JUDGE:   Hon. Michael J. Seng |
| Defendant. | ) |  |
|  | ) |  |
|  | ) |  |

17     **IT IS HEREBY STIPULATED**, by and between the parties through their respective

18 counsel, Yosemite Legal Officer Matthew McNease, counsel for the plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for defendant Fernando Tapia-Garcia, that the status

20 conference set for April 19, 2016, be continued to May 4, 2016, at 10:00 a.m.

21     This continuance is requested to allow time for further defense investigation and plea

22 negotiations.  The continuance is requested with the intention of conserving time and resources

23 for both the parties and the Court.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Respectfully submitted,

Date: April 14, 2016

*/s/ Susan St. Vincent*
SUSAN ST. VINCENT
Yosemite Legal Officer
Counsel for the Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 14, 2016

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
FERNANDO TAPIA-GARCIA

**O R D E R**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the status conference in *United States v. Fernando Tapia-Garcia*, case number 6:15-mj-00081-MJS, is hereby continued to May 4, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   April 15, 2016                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE