1   HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
2   REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
3   Office of the Federal Defender
2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
FERNANDO TAPIA-GARCIA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. 6:15-mj-00081 MJS
                                        )
12              Plaintiff,              )   **STIPULATION TO CONTINUE REVIEW**
                                        )   **HEARING AND EXTEND PROBATION;**
13   vs.                                )   **ORDER**
                                        )
14   FERNANDO TAPIA-GARCIA,             )
                                        )
15              Defendant.              )
                                        )
16   _____)

17        IT IS HEREBY STIPULATED, by and between the parties, through their respective

18   counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant

19   Federal Defender Reed Grantham, counsel for Fernando Tapia-Garcia that Mr. Tapia-Garcia's

20   term of unsupervised probation may be extended to expire on June 6, 2017. The parties further

21   request that the Court continue the review hearing in this matter to May 24, 2017, at 10:00 a.m.

22        On May 4, 2016, Mr. Tapia-Garcia pled guilty to driving with a suspended license behind

23   a driving while under the influence conviction in violation of 36 C.F.R. § 4.2(b) (incorporating

24   California Vehicle Code § 14601.2(a)). That same date, the Court sentenced Mr. Tapia-Garcia to

25   twelve months of unsupervised probation, with the conditions that he obey all laws, report any

26   new law violations within seven days, pay a $600 fine, and complete an 18 month DUI course.

27   Mr. Tapia-Garcia's review hearing is set for April 4, 2017.

28        Mr. Tapia Garcia has paid his fine in full. In addition, his last class as part of his 18

1   month DUI program is on May 8, 2017. Since the Court does not have a calendar on April 4,

2   2017, and in order to provide Mr. Tapia-Garcia a few additional weeks to complete his program,

3   the parties request that the Court extend probation until June 6, 2017, and that a review hearing

4   be set in this case for May 24, 2017, at 10:00 a.m.

5

6                                              Respectfully submitted,

7                                              PHILLIP A. TALBERT
                                               United States Attorney
8

9   Date: March 23, 2017                       */s/ Susan St. Vincent*
                                               Susan St. Vincent
10                                             Yosemite Legal Officer
                                               Attorney for Plaintiff
11

12                                             HEATHER E. WILLIAMS
                                               Federal Defender
13

14  Date: March 23, 2017                       */s/ Reed Grantham*
                                               REED GRANTHAM
15                                             Assistant Federal Defender
                                               Attorney for Defendant
16                                             FERNANDO TAPIA-GARCIA

17

18                                **O R D E R**

19          The Court hereby grants the parties' request to continue the April 4, 2017 review hearing

20  to May 24, 2017, at 10:00 a.m., as well as the parties' request to extend unsupervised probation.

21  Probation is hereby extended to June 6, 2017, with the same terms and conditions previously

22  imposed. Defendant is ordered to be present at the review hearing unless an order has been

23  issued vacating the hearing date.

24

25  IT IS SO ORDERED.

26

27      Dated:   March 23, 2017        /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE
28

Tapia-Garcia / Stipulation to Continue Review Hearing          2
And Extend Probation

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28