HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
FERNANDO TAPIA-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:15-mj-00081 MJS |
|---|---|
| Plaintiff, | ) **MOTION TO VACATE MAY 24, 2017** |
| vs. | ) **REVIEW HEARING; ORDER** |
| FERNANDO TAPIA-GARCIA, | ) |
| Defendant. | ) |

Defendant Fernando Tapia-Garcia hereby requests that the Court vacate the May 24, 2017 review hearing. The government is in agreement with the request.

On May 4, 2016, Mr. Tapia-Garcia pled guilty to driving with a suspended license behind a driving while under the influence conviction in violation of 36 C.F.R. § 4.2(b) (incorporating California Vehicle Code § 14601.2(a)). That same date, the Court sentenced Mr. Tapia-Garcia to twelve months of unsupervised probation, with the conditions that he obey all laws, report any new law violations within seven days, pay a $600 fine, and complete an 18 month DUI course.

Mr. Tapia Garcia has paid his fine in full and has completed the 18-month DMV DUI program.

Accordingly, Mr. Tapia-Garcia has complied with all conditions of his probation, and he hereby requests that his May 24, 2017 review hearing be vacated.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2017  /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FERNANDO TAPIA-GARCIA

**O R D E R**

Based on the parties' joint representation that Mr. Tapia-Garcia is in compliance with the conditions of his probation, the Court vacates the review hearing scheduled for May 24, 2017, at 10:00 a.m., in case number 6:15-mj-00081 MJS.

IT IS SO ORDERED.

Dated: May 17, 2017   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE